IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 APR 20 PM 12: 34
OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR 141 |
| vs. | INDICTMENT |
| CAREY DEAN PHIILLIPS, JR., | 18 U.S.C. § 2250(a) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

From on or about March 10, 2016, and continuing to on or about March 27, 2016, in the District of Nebraska, CAREY DEAN PHIILLIPS, JR., the defendant herein, having previously been convicted in the District of Nebraska of an offense requiring him to register as a sex offender, to wit: Sexual Abuse of an Incapable Victim, did travel in interstate commerce from Iowa to Nebraska, and did knowingly fail to register as a sex offender in the State of Nebraska, where he resided, worked, and remained, as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a)

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
FREDERICK D. FRANKLIN
Assistant U.S. Attorney